

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON BALL, DANVAL SCARBROUGH and KENNARD PIGGEE, Plaintiffs, | § § § § § | |
| v. | § § | 4:15cv3181 |
| TEXAS GUARDIAN INCORPORATED and AYMAN JARRAH Defendant. | § § § § § | JURY TRIAL DEMANDED |

## **PLAINTIFFS' ORIGINAL COMPLAINT**

Plaintiffs Brandon Ball, Danval Scarbrough and Kennard Piggee now file this their Complaint against Defendants Texas Guardian Incorporated and Ayman Jarrah, alleging violations of 42 U.S.C. § 2000a and 42 U.S.C. § 1981. In support, Plaintiffs state as follows:

### **PARTIES**

1. Plaintiff Brandon Ball ("Ball") is an African American, United States citizen who lives in Houston, Harris County, Texas.

2. Plaintiff Danval Scarbrough ("Scarbrough") is an African American, United States citizen who lives in Houston, Harris County, Texas.

3. Plaintiff Kennard Piggee ("Piggee") is an African American, United States citizen who lives in Houston, Harris County, Texas.

4. Defendant Texas Guardian Incorporated ("Texas Guardian") is a domestic for Profit Corporation with its principal place of business in Houston, Texas. Texas Guardian Incorporated may be served with the Summons and Complaint through its registered agent for service of process, Ayman Jarrah, at 6202 Skyline Dr. Houston, TX 77057. Alternatively, Texas Guardian Incorporated may be served in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure.

5. Defendant Ayman Jarrah ("Jarrah") is the Director and President of Texas Guardian Incorporated. He may be served with the Summons and this Complaint by delivering the same to him at 6202 Skyline Dr., Houston, TX 77057, or wherever he may be found. Alternatively, Jarrah may be served in accordance with the provisions of Rule 4 of the Federal Rules of Civil Procedure.

## JURISDICTION AND VENUE

6. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 and 42 U.S.C. § 2000a-6(a).

7. Venue is proper pursuant to 28 U.S.C. § 1391(b) because some or all of the events or omissions giving rise to this claim arose within this district.

## FACTS

8. Gaslamp is a bar and lounge owned and operated by Texas Guardian.

9. On or about September 11, 2015, Ball, Scarbrough and Piggee arrived at Gaslamp and were directed by the security at the entrance that there would be a $20 cover to gain admittance to the bar.

10. Ball, Scarbrough and Piggee declined to pay the $20 admittance fee.

11. When the Plaintiffs were returning to their cars, they walked past the Gaslamp discovered that all white patrons to Gaslamp were allowed to enter the bar without paying a cover fee.

12. Conversely, non-white customers, African Americans, Asians, and Hispanic patrons, that the Plaintiffs observed attempting to gain entry into Gaslamp were directed to pay the $20 admittance fee.

13. In so doing, the Defendants were refusing to do business with non-white customers, African Americans, Asians, and Hispanic patrons because of their race.

14. Ball, Scarbrough and Piggee were deeply offended by this racist and discriminatory treatment.

### FIRST CAUSE OF ACTION – DISCRIMINATION OR SEGREGATION IN A PLACE OF PUBLIC ACCOMMODATION

15. Plaintiffs incorporate each of the foregoing paragraphs as if fully set forth herein.

16. As set forth in 42 U.S.C. § 2000a(a), Plaintiffs are people entitled to the full and equal enjoyment of the goods, services, facilities, privileges, advantages, and accommodations of any place of public accommodation without discrimination or segregation on the ground of race, color, religion, or national origin.

17. Gaslamp is a place of public accommodation within the meaning of 42 U.S.C. § 2000a (b).

18. By virtue of the conduct described above, the Defendants deprived Plaintiffs of a right or privilege secured to them by 42 U.S.C. § 2000a.

19. Plaintiffs now sue under 42 U.S.C. § 2000a-3(a). Plaintiffs expressly requests that the Court permanently enjoin the Defendants from future acts of race-based discrimination with respect to which patrons they permit entry into their places of public accommodation.

20. The Defendants should allow Plaintiffs a reasonable attorney's fee as set forth in 42 U.S.C. § 2000a-3(b).

### SECOND CAUSE OF ACTION – DENIAL OF EQUAL RIGHTS UNDER THE LAW

21. Plaintiffs incorporate each of the foregoing paragraphs as if fully set forth herein.

22. Plaintiffs are African Americans within the jurisdiction of the United States and were patrons of the Defendants.

23. As such, they were entitled to the same right to make and enforce contracts, without regard to her race.

24. Notwithstanding their rights under federal law, the Defendants chose instead to discriminate against Plaintiffs on the basis of their race by refusing to allow them to enter the establishment under the same terms as Caucasian patrons.

25. Plaintiffs have been damaged as a result of the discrimination against them.

26. The Defendants acted with malice or with reckless disregard for Plaintiffs' federally protected rights. An award of punitive damages is therefore appropriate.

27. Plaintiffs are also entitled to an award of reasonable and necessary attorney's fees as set forth in 42 U.S.C. § 1988(b).

### THIRD CAUSE OF ACTION – NEGLIGENT SUPERVISION AND TRAINING

28. Plaintiffs incorporate each of the foregoing paragraphs as if fully set forth herein.

29. Defendants negligently hired, supervised and retained the employees whose conduct was a proximate cause of the Plaintiffs' damages.

### JURY DEMAND

30.  Plaintiffs demand a trial by jury with respect to all claims that are triable to a jury.

## PRAYER

Accordingly, Plaintiffs respectfully requests that the Court:

(a)  Cite Defendants to appear and answer herein;

(b)  Grant judgment in their favor;

(c)  Enjoin the Defendants from further acts of race discrimination in the operation of public accommodations;

(d)  Award them compensatory damages and/or punitive damages;

(e)  Award them reasonable and necessary attorneys' fees;

(f)  Award them taxable court costs, including expert fees;

(g)  Award them pre- and post-judgment interest; and

(h)  Award all equitable and other relief to which Plaintiffs may show themselves entitled.

Respectfully submitted,

LAW OFFICES OF BRIAN TAGTMEIER

_____
Brian Tagtmeier
State Bar No. 00785078
Federal Bar No. 16248
9002 Chimney Rock, Suite G388

Houston, Texas 77096
Telephone: (713) 598-8442
Email: Brian@mediatehouston.com

Okorafor Law Group
Ike Okorafor
State Bar No. 24071773
10101 Fondren Rd. Suite 260
Houston, Texas 77096
Tel: (713) 471-1193
Fax: (281) 677-4255
Email: Ike@Olglawgroup.com

Jones & Associates
DaSean Jones
State Bar No. 24078750
723 Main Street, Suite 902
Houston, Texas 77002
Tel: 832-224-6740
Fax: 832-827-3983
Email: djones@texasjoneslaw.com

Attorneys for Plaintiff

**ATTORNEY FOR PLAINTIFFS**

%JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Brandon Ball, Danval Scarbrough, Kennard Piggee

**DEFENDANTS**
Texas Guardian Incorporated and Ayman Jarrah

**(b)** County of Residence of First Listed Plaintiff: Harris
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Harris
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Offices of Brian Tagtmeier, 9002 Chimney Rock Suite G388, Houston, TX 77092 713 598 8442

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | | | ☐ 810 Selective Service |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General | | ☐ 871 IRS Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other / ☐ 550 Civil Rights / ☐ 555 Prison Condition | ☐ 462 Naturalization Application / ☐ 463 Habeas Corpus - Alien Detainee / ☐ 465 Other Immigration Actions | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | | | |

**V. ORIGIN** (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. § 2000a-6(a)
Brief description of cause:
Racial discrimination in a place of public accomodation

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions):
JUDGE _____ DOCKET NUMBER _____

DATE: October 29, 2015
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

JS 44 Reverse (Rev. 12/07)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.**  **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**  **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.**  **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**  **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.**  **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.**  **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**  Example:  U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

**VII.**  **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**  **Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.