UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRANDON BALL, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-3181 |
| | § | |
| TEXAS GUARDIAN INCORPORATED, *et al*, | § § | |
| Defendants. | § § § | |

## ORDER OF DISMISSAL

The Parties in this case have filed a Joint Notice of Voluntary Dismissal (Doc. No. 71). In accordance with that Notice and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint is hereby **DISMISSED WITH PREJUDICE**. Accordingly, the Clerk is directed to **CLOSE** this case.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 18th day of November, 2016.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE